Case 5:25-cv-00209   Document 2   Filed on 11/17/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
November 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ALEJANDRO DANIEL GRANADOS-VALDES § § § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-209 |
| § § | |
| KRISTI NOEM *et al.* § | |

## ORDER

Before the Court is Petitioner Alejandro Daniel Granados-Valdes's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (*see* Dkt. No. 1). Having reviewed the pleadings and given the complexity of the claims, the Court hereby **ORDERS** Respondents to file a response and serve it on Petitioner within **five (5) days** of the date of service. The responsive pleading **must** specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

The Clerk of Court is **DIRECTED** to serve a copy of Petitioner's Writ of Habeas Corpus (Dkt. No. 1), its attachments (Dkt. Nos. 1-1, 1-2, 1-3), and this Order on Respondents via certified mail return receipt requested at the following addresses:

Kristi Noem
United States Secretary of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, District of Columbia 20528

Todd Lyons
Acting Director of Immigration and Customs Enforcement
500 12th Street SW
Washington, District of Columbia 20536

Marcos Charles
Acting Executive Associate, Enforcement and Removal Operations
500 12th Street SW
Washington, District of Columbia 20536

1

Pamela Bondi
United States Attorney General
950 Pennsylvania Avenue NW
Washington, District of Columbia 20530

Warden of Rio Grande Processing Center
1001 San Rio Boulevard
Laredo, Texas 78046

Pursuant to Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is **DIRECTED** to serve copies of Petitioner's Writ of Habeas Corpus (Dkt. No. 1), its attachments (Dkt. Nos. 1-1, 1-2, 1-3), and this Order via certified mail return receipt requested on the following:

United States Attorney
Attention: Chief of the Civil Division
11204 McPherson Road, Suite 100A
Laredo, Texas 78045

*See also* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

The Clerk of Court is also **DIRECTED** to electronically serve a courtesy copy of this Order on the Southern District of Texas's Civil Chief Daniel Hu at USATXS-CivilNotice@usa.doj.gov.

It is further **ORDERED** that if Petitioner elects to file a reply, he may do so no later than **three (3) days** after Respondents file their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

To preserve the status quo while the Court considers this matter, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **at least five (5) days before** any such transfer or removal.

Finally, Respondents will not be served further notice of activity on this docket.

3

Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

It is so **ORDERED**.

**SIGNED** November 17, 2025.

Marina Garcia Marmolejo
United States District Judge