Case 5:25-cv-00209   Document 23   Filed 01/12/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ALEJANDRO DANIEL GRANADOS-VALDES § § § | |
| VS.  § | CIVIL ACTION NO. 5:25-cv-209 |
| § § | |
| KRISTI NOEM *et al.* § | |

## ORDER

On December 10, 2025, the Court granted in part and denied in part Petitioner's writ of habeas corpus (*see* Dkt. No. 22). The Court ordered Respondents to provide Petitioner with a bond hearing no later than December 17, 2025 (Dkt. No. 22 at 6). To date, the parties have not notified the Court whether the bond hearing occurred as timely ordered, or otherwise advised the Court whether Petitioner was released.

The parties are **ORDERED** to file a joint advisory instructing the Court of the status of Petitioner's bond hearing, whether Petitioner remains in custody or was released, and the overall status of the case. In the event that no live disputes remain, the parties **must** address how they would like the Court to proceed in light of that. The parties **must** file their advisory no later than **January 16, 2026**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date. *See* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is so **ORDERED**.

**SIGNED** January 12, 2026.

*[signature]*
Marina Garcia Marmolejo
United States District Judge

1